

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO. 2:14-CR-00271-ODW |
|       Plaintiff,    ) | |
|                 ) | **ORDER OF TEMPORARY DETENTION** |
|      v.      ) | **PURSUANT TO BAIL REFORM ACT** |
| NOLAN NUNEZ,    ) | |
|       Defendant.    ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer any evidence to meet his burden on this issue;

and

1

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his failure to proffer any evidence to meet his burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending a detention hearing set for April 7, 2016 at 11:00 pm before the Honorable Otis D. Wright, United States District Judge for the Central District of California.

DATED: April 4, 2016

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE